ELIJAH H. PURDY et al., Respondents, *v.* EDWIN J. DUNNING, Jr., Appellant.

(Argued June 17, 1884; decided June 24 1884.)

*Isaac P. Martin, Jr.,* for appellant.

*Adrian H. Joline* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.

---

In the Matter of the Application of EDWARD B. LONG as Guardian.

(Argued June 17, 1884; decided June 24, 1884.)

*A. Schoonmaker* for appellant.

*H. T. Dykeman* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.

---

THE PEOPLE, ex rel. JAMES PRESTON, Appellant, *v.* STEPHEN B. FRENCH et al., Respondents.

(Argued June 17, 1884; decided June 24, 1884.)

*Nelson J. Waterbury* for appellant.

*Ambrose H. Purdy* for respondents.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.